# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **FORWARD THINKING TRACKING, LLC,**<br><br>    *Plaintiff,*<br><br>v.<br><br>**CENTRAK, INC. ET AL.**<br><br>    *Defendants.* | **Civil Action No. 2:16-cv-1125**<br><br>**LEAD CASE**<br><br>**JURY TRIAL DEMANDED** |
| **FORWARD THINKING TRACKING, LLC,**<br><br>    *Plaintiff,*<br><br>v.<br><br>**AIRISTA FLOW, INC. and EKAHAU, INC.**<br><br>    *Defendants.* | **Civil Action No. 2:16-cv-1141**<br><br>**JURY TRIAL DEMANDED** |

## ORDER OF DISMISSAL

On this date came for consideration the Joint Motion to Dismiss. (Dkt. No. 112.) The Court being of the opinion that same should be GRANTED, it is therefore,

ORDERED that the Joint Motion to Dismiss be and hereby is GRANTED, and that all claims asserted in this action against Defendant Ekahau, Inc. by Forward Thinking Tracking, LLC are hereby dismissed with prejudice. Each party shall bear its own costs, expenses, and attorneys' fees.

**So ORDERED and SIGNED this 26th day of April, 2017.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE